# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO.  03-24-00412-CR

**Frederick Rubio, Appellant**

**v.**

**The State of Texas, Appellee**

## FROM THE 22ND DISTRICT COURT OF COMAL COUNTY
## NO. 2021 CR333, THE HONORABLE GARY L. STEEL, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Frederick Rubio seeks to appeal his conviction for repeated violation of a protective order.  *See* Tex. Penal Code § 25.072.  The trial court has certified that this is a plea-bargain case for which Rubio has no right to appeal and that Rubio waived his right to appeal.  Accordingly, we dismiss the appeal for want of jurisdiction.  *See* Tex. R. App. P. 25.2(a)(2), (d).

_____

Thomas J. Baker, Justice

Before Justices Baker, Smith, and Theofanis

Dismissed for Want of Jurisdiction

Filed:   September 20, 2024

Do Not Publish